# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01402-SKC

ERIN A. MAW,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, CITY ATTORNEY'S OFFICE,

Defendants.

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Erin Maw ("Maw') submits the following Unopposed Motion to Dismiss with Prejudice and, as grounds therefore, states as follows:

1. Maw filed this action on or about May 24, 2021.

2. The parties have engaged in good faith settlement discussions which have resulted in the parties entering into a Settlement Agreement.

3. Pursuant to the Settlement Agreement, Plaintiff requests that this action be Dismissed with Prejudice.

4. The undersigned has been authorized by Defense counsel to state that Defendant does not oppose the relief requested herein.

**Wherefore,** Plaintiff respectfully requests that the Court Dismiss this Action with Prejudice and for such further relief as the Court deems appropriate.

Dated: April 20, 2022

**SCOTT F. REESE, P.C.**

 */s/ Scott F. Reese*
Scott F. Reese
795 W. Birch Court, Suite 100
Louisville, CO 80027
303-665-4448

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, the undersigned filed this Motion using the ECF filing system which will send a copy of the foregoing to the following:

shelby.fenton@denvergov.org

*/s/Scott F. Reese*